**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **JESSICA NWOBODO,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO. MO:23-CV-00138 |
| § | |
| **CAPITAL ONE N.A., and MIDLAND** § | |
| **CREDIT MANAGEMENT, INC.,** § | |
| *Defendants.* § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.**

It is **ORDERED** that Defendant **MIDLAND CREDIT MANAGEMENT, INC.,** is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a) and based upon the Plaintiff's Notice of Voluntary Dismissal as to Midland Credit Management, Inc. (Doc. 6) filed September 13, 2023.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is finally **ORDERED** that all pending motions pertaining to **MIDLAND CREDIT MANAGEMENT, INC.,** if any, are **DENIED AS MOOT**, and all relief not expressly granted is **DENIED**. This case remains pending as to Defendant Capital One N.A.

It is so **ORDERED**.

SIGNED this 18th day of September, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE